Christopher J. Reichman, SBN 250485
**PRATO & REICHMAN, APC**
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
E-mail: chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CARIBBEAN CRUISE LINE, INC., a Florida Corporation,<br><br>　　　　　Defendants. | Case No.: 8:15-cv-01945 MWF KES<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF THE ONLY REMAINING DEFENDANT, CARIBBEAN CRUISE LINE, INC., WITH PREJUDICE**<br><br><br>Judge: Hon. Michael W. Fitzgerald |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or

their respective counsel(s) that, pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed, **with prejudice** against the only remaining Defendant, CARIBBEAN CRUISE LINE, INC., with each party to bear their own attorney's fees and costs.   No other Defendants remaining, it is hereby stipulated that the entire case be dismissed.

DATED:  April 11, 2017            **PRATO & REICHMAN, APC**

                                                 __/s/ Christopher J. Reichman_____
                                                 By: Christopher J. Reichman, Esq.
                                                 **Prato & Reichman, APC**
                                                 Attorneys for Plaintiff
                                                 PAUL SAPAN

DATED:  April 11, 2017            **GREENSPOON MARDER, P.A.**

/s/  Roy Taub
Richard W. Epstein (admitted *pro hac vice*)
Richard.Epstein@gmlaw.com
Jeffrey A. Backman (admitted *pro hac vice*)
Jeffrey.Backman@gmlaw.com
Roy Taub (admitted *pro hac vice*)
Roy.Taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140

**LAW OFFICES OF DARREN LANDIE**
Darren Landie (SBN 216826)
darren@landielaw.com
2600 Walnut Ave., Suite E
Tustin, CA 92780
714-544-3291
Fax: 714-276-6110
*Attorneys for Defendant*
*Caribbean Cruise Line, Inc.*

## ATTESTATION

I hereby attest that Roy Taub has given me approval to affix his electronic signature and those of the other defense attorneys named to this joint report. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 11, 2017	**PRATO & REICHMAN, APC**

	*/s/ Christopher J. Reichman*
	By: Christopher J. Reichman, Esq.
	**Prato & Reichman, APC**
	Attorneys for Plaintiff
	PAUL SAPAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.

  __X__  Via ECF

Roy Taub, Esq.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301

DATED: April 11, 2017    **PRATO & REICHMAN, APC**

             */s/ Christopher J. Reichman*
             By: Christopher J. Reichman, Esq.
             **Prato & Reichman, APC**
             Attorneys for Plaintiff
             PAUL SAPAN