JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| PAUL SAPAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARIBBEAN CRUISE LINE, INC., a Florida Corporation,<br><br>    Defendants. | Case No.: 8:15-cv-01945 MWF KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CARIBBEAN CRUISE LINE, INC.**<br><br><br>Judge: Hon. Michael W. Fitzgerald |

- 1 -

[proposed] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties for dismissal with prejudice and all other papers and arguments submitted with respect thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

This case is hereby dismissed with prejudice as to the only remaining Defendant, CARIBBEAN CRUISE LINE, INC., and, no other defendants remaining, dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: April 12, 2107

_____
HON. MICHAEL W. FITZGERALD